| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO<br><br>Address:  4000 Justice Way<br>         Castle Rock, Colorado 80109<br>         (720) 437-6200 | DATE FILED: July 23, 2021 2:42 PM<br>FILING ID: 2B34624314B38<br>CASE NUMBER: 2021CV30519<br><br>▲COURT USE ONLY▲ |
| Plaintiff:<br>**NIDIA VIVANCO**, an individual,<br><br>v.<br><br>Defendant:<br>**COSTCO WHOLESALE CORPORATION,** a Washington Corporation. | Case Number:<br><br>Division: |
| *Attorneys for Plaintiff Nidia Vivanco:*<br>Law Office of Timur Kishinevsky, LLC<br>Timur Kishinevsky, #31085<br>Michael J. Buchanan, #21780<br>Gordon Westmont, #45087<br>2851 South Parker Road, Suite 150<br>Aurora, CO 80014<br>Phone: (720) 748-8888<br>FAX: 720-748-8894<br>tkish@coloradolawteam.com<br>buchanan@coloradolawteam.com<br>gordon@coloradolawteam.com | |
| **COMPLAINT AND JURY DEMAND** ||

COMES NOW Plaintiff Nidia Vivanco, through undersigned counsel, Michael J. Buchanan of The Law Office of Timur Kishinevsky, and for her Complaint and Jury Demand, states and alleges as follows:

## **PARTIES**

1. Plaintiff Nidia Vivanco ("Vivanco") is an individual, and at all times relevant to this Complaint, resides at 17107 E. Whitaker Drive, Unit E, Aurora, Colorado 80015.

2. Defendant Costco Wholesale Corporation ("Costco"), is, based upon information and belief, a Washington Corporation licensed and registered to conduct business in the State of Colorado, with a principal business address of 999 Lake Drive, Issaquah, Washington

98027.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court.

4. The facts which give rise to this Complaint occurred in Douglas County, Colorado, and venue is proper pursuant to C.R.C.P. 98(c)(5).

## GENERAL ALLEGATIONS

5. On or about August 8, 2019, Plaintiff Vivanco was shopping in a Costco store located at 18414 Cottonwood Drive, Parker, Colorado, 80134.

6. Plaintiff Vivanco was holding her daughter and proceeding toward the store's aisles.

7. Suddenly and unexpectedly, Plaintiff Vivanco slipped and fell on a wet surface.

8. Plaintiff Vivanco attempted to catch herself, and protect her daughter from harm, but ended up falling and landing on the ground.

9. Unbeknownst to Plaintiff Vivanco, there was a clear liquid on the floor (presumably water), which caused the slip and fall incident.

10. There were no signs (in the Costco store), informing customers that the floor was wet and posed a danger of slipping and falling.

11. Plaintiff Vivanco's injuries were a result of a dangerous condition on the premises, including, but not limited to, failure to warn of the dangerous condition on the premises, and the failure to remove the dangerous condition on the premises.

12. Defendant Costco owed a duty to Plaintiff Vivanco to operate and maintain the property in a safe and prudent manner and to maintain its premises in a safe condition free from hidden hazards and defects. Defendant Costco was negligent in that it maintained the property in a careless manner and/or otherwise failed to sufficiently warn of any and all hazards, defects, and conditions which resulted in Plaintiff Vivanco sustaining injuries. Some, if not all, of Defendant Costco's actions constitute premises liability.

13. As a direct and proximate result of the negligence and carelessness of Defendant Costco, Plaintiff Vivanco suffered personal injuries, some or all of which are permanent; has endured and will endure continuous physical, mental, and psychological pain and suffering; has suffered a permanent loss of enjoyment of life, past and future; has incurred medical and health care bills for treatment and care and will continue to do so in the future; and has lost the value of her home services past and future.

## CLAIM FOR RELIEF
**(Premises Liability)**

14. Plaintiff Vivanco hereby incorporates all the above paragraphs.

15. On or about August 8, 2019, Defendant Costco owned, operated, controlled, or conducted activities at the premises located at 18414 Cottonwood Drive, Parker, CO 80134-8876.

16. Defendant Costco permitted activities to be conducted and/or allowed conditions to be present on its property/premises which it knew, or reasonably should have known, that created an unreasonable risk of injury/damage/loss, to persons such as Plaintiff Vivanco.

17. Plaintiff Vivanco was on Defendant Costco's premises as an invitee.

18. Defendant Costco, as operator of its premises, was negligent because it failed to use reasonable care in the management and maintenance of the premises with respect to conducting business on the premises, or to give adequate warning of the hazardous condition(s) existing on the premises located at 18414 Cottonwood Drive, Parker, Colorado 80134.

19. On or about August 8, 2019, Plaintiff Vivanco suffered injuries, damages, and losses as a result of a hazardous condition(s) that existed on Defendant Costco's premises, located at 18414 Cottonwood Drive, Parker, Colorado 80134, when she slipped and fell at the store.

## DAMAGES

20. Plaintiff Vivanco hereby incorporates all the above paragraphs.

21. Defendant Costco's negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on its property/premises which it knew, or reasonably should have known created an unreasonable risk(s) of injury/damage/loss caused Plaintiff Vivanco to suffer past, present, and future non-economic injuries, damage and losses including pain and suffering, inconvenience, emotional distress, permanent injury/disfigurement/disability and/or impairment of her quality of life.

22. Defendant Costco's negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on its property/premises which it knew, or reasonably should have known created an unreasonable risk(s) of injury/damage/loss caused Plaintiff Vivanco incur past, present, and economic losses including reasonable and necessary medical expenses including physician, hospital therapy, prescription, and/or other expenses.

**WHEREFORE**, for the foregoing reasons, Plaintiff Vivanco respectfully requests that this Court enter judgment in favor of Plaintiff Vivanco and against Defendant Costco, plus pre- and post-judgment interest, attorney fees, costs, and such further relief as this Court deems just

and fair.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

Respectfully submitted July 23, 2021.

LAW OFFICE OF TIMUR KISHINEVSKY, LLC

*Original signature on file with*
*Law Office of Timur Kishinevsky LLC*

/s/ Michael J. Buchanan_____
Michael J. Buchanan, #21780
Timur G. Kishinevsky, #31085
Gordon Westmont, #45087
2851 S. Parker Rd., Suite 150
Aurora, Colorado 80014
Tel: 720-748-8888
Fax: 720-748-8894
*Attorneys for Plaintiff Nidia Vivanco*

Plaintiff's Address:

Nidia Vivanco
17107 E. Whitaker Drive, Unit E
Aurora, Colorado 80015